172 So.2d 700

Cléophile BABINEAUX, Jr.

v.

The SOUTHEASTERN DRILLING
CORPORATION et al.

No. 47652.

March 29, 1965.

In re: Seacat Offshore Drilling Corporation applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 170 So.2d 518.

Writ refused. The ruling on the plea to the jurisdiction in personam is correct. In all other respects the applicant has an adequate remedy by appeal in the event of an adverse judgment on the merits.

172 So.2d 700

Cleophile BABINEAUX

v.

The SOUTHEASTERN DRILLING
CORPORATION et al.

No. 47653.

March 29, 1965.

In re: Southeastern Drilling Corporation and Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 170 So.2d 518.

Writ refused. The ruling on the plea to the jurisdiction in personam is correct. In all other respects the applicant has an adequate remedy by appeal in the event of an adverse judgment on the merits.

172 So.2d 700

Cleophile BABINEAUX

v.

The SOUTHEASTERN DRILLING
CORPORATION et al.

No. 47654.

March 29, 1965.

In re: St. Paul Mercury Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 170 So.2d 518.

Writ refused. The ruling on the plea to the jurisdiction in personam is correct. In all other respects the applicant has an adequate remedy by appeal in the event of an adverse judgment on the merits.